JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO PAWS, LLC, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROPAWS KC, a Missouri business entity form unknown; and DOES 1 through 10,<br><br>Defendant. | Case No. CV 15-01297 AB (PJWx)<br><br>**[PROPOSED] ORDER FOR ENTRY OF DEFAULT JUDGMENT  AGAINST DEFENDANT METROPAWS KC** |

**IT IS HEREBY ORDERED THAT:**

1. Judgment be entered by the Clerk of the Court on June 22, 2015 against Defendant as follows:

    a. ~~$25,000.00 as damages for the causes of action complained of herein by the Plaintiff;~~

    b. ~~$6,055.66~~ **$250** for reasonable attorneys' fees; and

    c. ~~$1,020.00 in costs~~.

2. Interest on the Judgment from the date hereof, until satisfied, at the legal rate of 10% per annum; and

3. Defendant ceases immediately to use the words "metro paws," "metropawskc," and/or "metropaws" on or for its business.

Dated: June 3, 2015  _____
Honorable André Birotte Jr.
Judge of United States District Court